RONALD D. WEISS, P.C.
734 Walt Whitman Road, Suite 203
Melville, NY 11747
(631) 208-8801

January 6, 2009

United States Bankruptcy Court
Long Island Courthouse
290 Federal Plaza
Central Islip, NY 11722

Attention: Chambers, Judge Alan S. Trust

*Re: Edward Bruns, Chapter 13 Case No. 08-75936-ast*

MOTION TO DISMISS
January 8, 2008

Dear Sir or Madam,

    Please be advised that the above named debtor does not oppose dismissal of his Chapter 13 Case.

Very truly yours,

*/s/Ronald D. Weiss*

Ronald D. Weiss